# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THADDEUS WILLIAM GROHOSKI and STEPHANIE ANN WELLER, Individually and as Co-Administrators of the Estate of Ashley Marie Grohoski, deceased,**

**Plaintiffs,**

-vs-                                              Case No. 6:05-cv-540-Orl-31KRS

**WYNDHAM INTERNATIONAL, INC., et al.,**

**Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFFS' PRAECIPE TO ENTER JUDGMENT BY DEFAULT AGAINST DEFENDANTS, WYNDHAM VACATION OWNERSHIP, WYNDHAM PALMS RESORT MANAGEMENT, INC., TEMPUS PALMS INTERNATIONAL, INC., TPI HOLDINGS, INC., AND WYNDHAM PALMS RESORT AND COUNTRY CLUB (Doc. No. 4)
>
> **FILED:** April 11, 2005
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

This case was transferred from the United States District Court for the Eastern District of Pennsylvania on April 11, 2005. Doc. No. 10. The present motion was pending at the time the case was transferred. Counsel may renew the request for entry of a default, if appropriate, by filing a

motion in a form consistent with the local rules and practices of this Court.  The motion should cite to the returns of service with respect to each defendant against whom a default is sought.

**DONE** and **ORDERED** in Orlando, Florida on May 5, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties